IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSE WILMER GAMEZ-REYES | § | |
| VS. | § | CIVIL ACTION NO. 1:06cv799 |
| JONATHON DOBRE | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jose Wilmer Gamez-Reyes, proceeding *pro se*, filed the above-styled civil rights lawsuit  The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections.  After careful consideration, the court is of the opinion the objections are without merit.

ORDER

Accordingly, plaintiff's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered dismissing this lawsuit.

So **ORDERED** and **SIGNED** this **23** day of **March, 2007.**

_____
Ron Clark, United States District Judge